IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION NO. 05-619-1 |
| v. | : | |
| | : | CIVIL ACTION NO. 12-1539 |
| ROBERT WRIGHT, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, this 18th day of October 2013, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 583), the government's response thereto (Doc. No. 604), and Defendant's additional motions it, is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion:

1. The § 2255 Motion (Doc. No. 583) is **DENIED**;

2. Defendant's Motion For Expansion of Record (Doc. No. 613) is **DENIED**;

3. Defendant's Motion for Leave to Conduct Discovery (Doc. No. 614) is **DENIED**;

4. Defendant's Injunctive Motion for Leave to Amend (Doc. No. 616) is **DENIED**;

5. No certificate of appealability shall issue;

6. No evidentiary hearing shall be held;

7. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**